FILED

07/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0024

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0024

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                            O R D E R

KOBY MARTELL,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Koby Martell, to all counsel of record, and to the Honorable Olivia C. Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2021